UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| TIMOTHY M. MOORE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No: 3:21-cv-697 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) ) | |
| | ) | |
| Defendant | ) | |

# ORDER

The parties have filed their briefs regarding Plaintiff's appeal from the Social Security Administration.

The parties' attorneys are ORDERED to discuss with each other the issues raised in their briefs to determine if they can agree to remand the case to the Social Security Administration.

Within 7 calendar days after such discussion, Plaintiff's attorney must file a notice on the docket attesting that the attorneys spoke with each other as directed.

Plaintiff's Reply, if any, will be due 14 days after such notice.

SO ORDERED on April 4, 2022.

s/Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT